UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22629-RUIZ/BECERRA

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Brian H. Pollock, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Manuel Jesus Alonso, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 31st day of July 2023.

                                                               s/Brian H. Pollock, Esq.
                                                               Brian H. Pollock, Esq.
                                                               Fla. Bar No. 174742
                                                               brian@fairlawattorney.com
                                                               FAIRLAW FIRM
                                                               135 San Lorenzo Avenue
                                                               Suite 770
                                                               Coral Gables, FL 33146
                                                               Tel:    305.230.4884
                                                               *Counsel for Plaintiff*