UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

   *Plaintiff,*

vs.

SUNBELT RENTALS, INC.,

   *Defendant.*

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Sunbelt Rentals, Inc. ("Defendant"), files its Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and the Court's July 17, 2023, Order Requiring Joint Scheduling Report and Certificates of Interested Parties, ECF No. 3.

    **A.**    **Certificate Of Interested Parties**

Below is a complete list of all known persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1.    Manuel Jesus Alonso, Plaintiff

    2.    FairLaw Firm, Counsel for Plaintiff

    3.    Brian Howard Pollack, Esq., Counsel for Plaintiff

    4.    Sunbelt Rentals, Inc., Defendant

    5.    Littler Mendelson, P.C., Counsel for Defendant

    6.    Rocio Blanco Garcia, Esq., Counsel for Defendant

7.     Ryan P. Forrest, Esq., Counsel for Defendant

**B.**     **Corporate Disclosure Statement.**

Pursuant to Federal Rule of Civil Procedure 7.1., Defendant states that (1) its corporate parent is Ashtead Group plc and (2) Ashtead Group plc owns 100% of its stock.

DATED: August 7, 2023.          Respectfully submitted,

By: /s/ *Rocio Blanco Garcia*
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
E-Mail: *rblancogarcia@littler.com*
Ryan P. Forrest, Esq.
Florida Bar No. 111487
E-mail: *rforrest@littler.com*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*

4866-5665-0833.2 / 118643-1001