UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  23-CV-22629-RAR

MANUEL JESUS ALONSO,

     Plaintiff,

vs.

SUNBELT RENTALS, INC.

     Defendant.

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR AND MEDIATION DATE

     Plaintiff Manuel Jesus Alonso and Defendant Sunbelt Rentals, Inc. hereby notify the Court that the parties have selected **Carlos J. Burruezo, Esq.**, to serve as mediator in this matter.  Mr. Burruezo's business address is 5550 W. Executive Drive, Suite 250, Tampa, Florida 33609 (carlos@burruezolaw.com).  The mediation is scheduled for **December 18, 2023** at **10:00 a.m. EST**.  A proposed order is attached as **Exhibit A**.[1]

**Date**: August 28, 2023.

Respectfully Submitted,

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq.
Florida Bar No. 174742
Email: Brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*

*/s/ Rocio Blanco Garcia*
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
E-Mail: RBlancogarcia@littler.com
Ryan P. Forrest, Esq.
Florida Bar No. 111487
E-mail: RForrest@littler.com
**LITTLER MENDELSON P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500

*Attorneys for Defendant*

---

[1] The parties intend to move jointly for leave to conduct the mediation remotely.  Nevertheless, because leave has not yet been granted, and in an abundance of caution, the parties' proposed order lists the mediator's business address as the location for the mediation of this matter.