UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Carlos J. Burruezo, Esq. on December 18, 2023 at 5550 W. Executive Drive, Suite 250, Tampa, Florida 33609. A report of the mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida this _____ day of August 2023.

_____
THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE