UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

**MANUEL JESUS ALONSO**,

    Plaintiff,

v.

**SUNBELT RENTALS, INC.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Carlos J. Burruezo, Esq. on **December 18, 2023** at **10:00 A.M.** at 5550 West Executive Drive, Suite 250, Tampa, Florida 33609.  A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 29th day of August, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE