UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  23-CV-22629-RAR

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.

    Defendant.
_____/

### JOINT MOTION FOR SECOND ORDER SCHEDULING MEDIATION[1] [2]

Plaintiff Manuel Jesus Alonso and Defendant Sunbelt Rentals, Inc. hereby jointly move the Court to issue a Second Order Scheduling Mediation (ECF No. 13) to reflect that the parties have rescheduled the mediation of this matter for **February 1, 2024 at 9:30 a.m. EST**.  While the parties originally intended to conduct mediation on December 18, 2023, good cause exists for the Court to amend its Order because, unfortunately, that date is no longer possible due to scheduling conflicts among the parties.  The new date is within the Court's Order Setting Jury Trial Schedule (ECF No. 11).  Likewise, mediation will still be held with Carlos J. Burruezo, Esq., whose business address is 5550 W. Executive Drive, Suite 250, Tampa, Florida 33609 (carlos@burruezolaw.com).

Wherefore, the parties request that the Court issue a Second Order Scheduling Mediation (ECF No. 13) to reflect a rescheduled mediation date of February 1, 2024, and grant such other and further relief as is just and proper.

---

[1] In an abundance of caution, and to align with the procedures outlined in the Court's Order Setting Jury Trial, the parties have attached a proposed order here as Exhibit A.

[2] The parties intend to move jointly for leave to conduct the mediation remotely.  Nevertheless, because leave has not yet been granted, and in an abundance of caution, the parties' proposed order lists the mediator's business address as the location for the mediation of this matter.

| | |
|---|---|
| **Date**: November 22, 2023. | Respectfully Submitted, |
| */s/ Brian H. Pollock* <br> Brian H. Pollock, Esq. <br> Florida Bar No. 174742 <br> Email: Brian@fairlawattorney.com <br> **FAIRLAW FIRM** <br> 135 San Lorenzo Avenue <br> Suite 770 <br> Coral Gables, Florida 33146 <br> Telephone: (305) 230-4884 <br><br> *Attorneys for Plaintiff* | */s/ Rocio Blanco Garcia* <br> Rocio Blanco Garcia, Esq. <br> Florida Bar No. 099304 <br> E-Mail: RBlancogarcia@littler.com <br> Ryan P. Forrest, Esq. <br> Florida Bar No. 111487 <br> E-mail: RForrest@littler.com <br> **LITTLER MENDELSON P.C.** <br> Wells Fargo Center <br> 333 SE 2nd Avenue, Suite 2700 <br> Miami, FL 33131 <br> Tel: (305) 400-7500 <br><br> *Attorneys for Defendant* |