UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-CV-22629-RAR

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.

    Defendant.
_____/

### SECOND ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Carlos J. Burruezo, Esq. on **February 1, 2024 at 9:30 a.m.** at 5550 W. Executive Drive, Suite 250, Tampa, Florida 33609.

A report of the mediation must be filed within **seven (7) days** thereafter.[1]

**DONE AND ORDERED** in Miami, Florida this _____ day of November 2023.

_____
THE HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

---

1 The parties originally were to mediate this matter on December 18, 2023.  That date is now cancelled and any orders requiring same are no longer in effect.