**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-22629-RAR**

**MANUEL JESUS ALONSO**,

    Plaintiff,

v.

**SUNBELT RENTALS, INC.**,

    Defendant.
_____/

**ORDER RESCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Carlos J. Burruezo, Esq. on **February 1, 2024** at **9:30 A.M.** at 5550 West Executive Drive, Suite 250, Tampa, Florida 33609.

A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of November, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**