UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

   *Plaintiff*,

vs.

SUNBELT RENTALS, INC.,

   *Defendant*.

_____/

### DEFENDANT'S NOTICE OF HEARING

Defendant Sunbelt Rentals, Inc. ("Defendant") hereby files this Notice of hearing and, in compliance with the Court's Discovery Procedures, states that the parties disagree whether a HIPAA release for Edgardo Dearriba, APRN, RN is required in response to Defendant's Request for Production 34.

In further compliance with the Court's Discovery Procedures, Defendant has attached (1) a Proposed Order as Exhibit A; (2) source materials upon which it intends to rely as Exhibit B; and (3) the source materials upon which Plaintiff Manuel Jesus Alonso ("Plaintiff") intends to rely as Exhibit C; and (4) authorities upon which the parties intend to rely as Exhibit D.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Defendant's counsel has conferred with Plaintiff's counsel via telephone on November 16, 2023, as well as through preceding and subsequent emails, in a good faith effort to resolve the issues asserted here, but has been unable to do so.

                                                          By: */s/ Ryan P. Forrest*
                                                            Ryan P. Forrest, Esq.

**Dated**: December 1, 2023.                           Respectfully submitted,

                                                                           LITTLER MENDELSON, P.C.
                                                                           Wells Fargo Center
                                                                           333 S.E. 2nd Avenue, Suite 2700
                                                                           Miami, Florida 33131
                                                                           Tel: (305) 400-7500
                                                                           Fax: (305) 603-2552

                                                                           By**:** */s/ Ryan P. Forrest*
                                                                           Rocio Blanco Garcia, Esq.
                                                                           Florida Bar No. 099304
                                                                           E-Mail:  rblancogarcia@littler.com
                                                                           Ryan P. Forrest, Esq.
                                                                           Florida Bar No. 111487
                                                                           E-mail:  rforrest@littler.com

                                                                           *COUNSEL FOR DEFENDANT*