UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.

    Defendant.
_____/

## **PROPOSED ORDER**

THIS CASE comes before the Court on Defendant Sunbelt Rentals, Inc.'s Motion to Compel a Better Response to its Request for Production 34 (the "Motion"). The Court has considered the grounds for the Motion and otherwise reviewed the record, and it is hereby

**ORDERED** and **ADJUDGED** that:

1. Defendant's Motion is **GRANTED**.

2. Defendant shall provide an executed copy of the HIPAA release to Edgardo Dearriba, APRN, RN within ten (10) days of the date of this Order.

    **DONE AND ORDERED** in Miami, Florida this _____ day of December 2023.

                                                        _____
                                                        THE HONORABLE JACQUELINE BECERRA
                                                        UNITED STATES MAGISTRATE JUDGE