## PLAINTIFF'S EXHIBIT C

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Dr. Cardoso)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Libre Physical Therapy)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Miami Orthopedic and Sports Medicine Institute)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Physicians Health Center)

*Due to the protected health information contained in the above-referenced production, Plaintiff is not filing same with the Court. If appropriate, Plaintiff can provide the above-referenced records to the Court for in camera review for the discovery hearing.*

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*