UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  23-CV-22629-RAR

MANUEL JESUS ALONSO,

     *Plaintiff*,

vs.

SUNBELT RENTALS, INC.,

     *Defendant*.

_____

## DEFENDANT'S AMENDED NOTICE OF HEARING

Defendant, Sunbelt Rentals, Inc. ("Defendant"), hereby files this Notice of hearing and, in compliance with the Court's Discovery Procedures, states that the parties disagree whether a HIPAA release for Edgardo Dearriba, APRN, RN is required in response to Defendant's Request for Production 34.  This hearing is to be heard before **United States Magistrate Judge Jacqueline Becerra, at the United States District Court for the Southern District of Florida, James Lawrence King Federal Justice Building Courthouse, 99 N.E. Fourth Street, 10th Floor, Miami, Florida 33132 on Friday, December 8, 2023 at 10:30 a.m**.

In further compliance with the Court's Discovery Procedures, Defendant has attached (1) a Proposed Order as Exhibit A; (2) source materials upon which it intends to rely as Exhibit B; and (3) the source materials upon which Plaintiff Manuel Jesus Alonso ("Plaintiff") intends to rely as Exhibit C; and (4) authorities upon which the parties intend to rely as Exhibit D.

## Certificate of Compliance with Local Rule 7.1(a)(3)

Defendant's counsel has conferred with Plaintiff's counsel via telephone on November 16, 2023, as well as through preceding and subsequent emails, in a good faith effort to resolve the issues asserted here, but has been unable to do so.

By: */s/ Ryan P. Forrest*
          Ryan P. Forrest, Esq.

**Dated**: December 1, 2023.                            Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

By**:** */s/  Ryan P. Forrest*
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
E-Mail:  rblancogarcia@littler.com
Ryan P. Forrest, Esq.
Florida Bar No. 111487
E-mail:  rforrest@littler.com

*COUNSEL FOR DEFENDANT*