## PLAINTIFF'S EXHIBIT C

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Dr. Cardoso)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Libre Physical Therapy)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Miami Orthopedic and Sports Medicine Institute)

Sunbelt Rentals' Supplemental Response to Request to Produce in OJCC Case No. 22-0200443SMS (records from Physicians Health Center)

*Due to the protected health information contained in the above-referenced production, Plaintiff is not filing same with the Court. If appropriate, Plaintiff can provide the above-referenced records to the Court for in camera review for the discovery hearing.*

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

# STATE OF FLORIDA
## DIVISION OF ADMINISTRATIVE HEARINGS
## OFFICE OF JUDGE OF COMPENSATION CLAIMS

**EMPLOYEE:**
Manuel Alonso
1504 East Mowry Drive Apt. 203
Homestead, FL 33033

**EMPLOYER:**
Sunbelt Rentals, Inc.
1450 N.E. 1st Avenue
Homestead, FL 33034

**CARRIER/SERVICING AGENT:**
Travelers
PO Box 4614
Buffalo, NY 14240 - 4614

**ATTORNEY FOR EMPLOYEE:**
Stephen E. Renick, Esquire
15600 S.W. 288th Street, Suite 302
Homestead, FL 33033

**ATTORNEY FOR EMPLOYER/ CARRIER/SERVICING AGENT:**
Ya'Sheaka C. Williams, Esquire
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
Yasheaka.williams@qpwblaw.com

**D/A:** 6/3/2022
**OJCC Case No.:** 22-020043SMS

---

### EMPLOYER/CARRIER'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE

---

**COMES NOW**, Sunbelt Rentals, Inc./Travlers by and through the undersigned counsel files this Response to Request to Produce and in response asserts the following:

Dr. Roy Cardoso

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic transmission to the parties and counsel of record at the addresses listed in this above caption on January 23, 2023.

*/s/ YC Williams*

YA'SHEAKA C. WILLIAMS, ESQUIRE
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
813-286-8818
Attorney for Employer/Carrier/Servicing Agent
Florida Bar #: 649414
Yasheaka.williams@qpwblaw.com

STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF JUDGE OF COMPENSATION CLAIMS

**EMPLOYEE:**
Manuel Alonso
1504 East Mowry Drive Apt. 203
Homestead, FL 33033

**EMPLOYER:**
Sunbelt Rentals, Inc.
1450 N.E. 1st Avenue
Homestead, FL 33034

**CARRIER/SERVICING AGENT:**
Travelers
PO Box 4614
Buffalo, NY 14240 - 4614

**ATTORNEY FOR EMPLOYEE:**
Stephen E. Renick, Esquire
15600 S.W. 288th Street, Suite 302
Homestead, FL 33033

**ATTORNEY FOR EMPLOYER/ CARRIER/SERVICING AGENT:**
Ya'Sheaka C. Williams, Esquire
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
Yasheaka.williams@qpwblaw.com

**D/A:** 6/3/2022
**OJCC Case No.:** 22-020043SMS

### EMPLOYER/CARRIER'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE

**COMES NOW**, Sunbelt Rentals, Inc./Travlers by and through the undersigned counsel files this Response to Request to Produce and in response asserts the following:

Libre Physical Therapy

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic transmission to the parties and counsel of record at the addresses listed in this above caption on October 19, 2022.

*YCWilliams*

YA'SHEAKA C. WILLIAMS, ESQUIRE
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
813-286-8818
Attorney for Employer/Carrier/Servicing Agent
Florida Bar #: 649414
Yasheaka.williams@qpwblaw.com

**STATE OF FLORIDA**
**DIVISION OF ADMINISTRATIVE HEARINGS**
**OFFICE OF JUDGE OF COMPENSATION CLAIMS**

**EMPLOYEE:**
Manuel Alonso
1504 East Mowry Drive Apt. 203
Homestead, FL 33033

**EMPLOYER:**
Sunbelt Rentals, Inc.
1450 N.E. 1st Avenue
Homestead, FL 33034

**CARRIER/SERVICING AGENT:**
Travelers
PO Box 4614
Buffalo, NY 14240 - 4614

**ATTORNEY FOR EMPLOYEE:**
Stephen E. Renick, Esquire
15600 S.W. 288th Street, Suite 302
Homestead, FL 33033

**ATTORNEY FOR EMPLOYER/**
**CARRIER/SERVICING AGENT:**
Ya'Sheaka C. Williams, Esquire
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
Yasheaka.williams@qpwblaw.com

D/A: 6/3/2022
OJCC Case No.: 22-020043SMS

## EMPLOYER/CARRIER'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE

**COMES NOW**, Sunbelt Rentals, Inc./Travlers by and through the undersigned counsel files this Response to Request to Produce and in response asserts the following:

Miami Orthopedic and Sports Medicine Institute

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic transmission to the parties and counsel of record at the addresses listed in this above caption on 28 day of December 2022.

*/s/ YC Williams*

YA'SHEAKA C. WILLIAMS, ESQUIRE
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
813-286-8818
Attorney for Employer/Carrier/Servicing Agent
Florida Bar #: 649414
Yasheaka.williams@qpwblaw.com

**STATE OF FLORIDA**
**DIVISION OF ADMINISTRATIVE HEARINGS**
**OFFICE OF JUDGE OF COMPENSATION CLAIMS**

**EMPLOYEE:**
Manuel Alonso
1504 East Mowry Drive Apt. 203
Homestead, FL 33033

**EMPLOYER:**
Sunbelt Rentals, Inc.
1450 N.E. 1st Avenue
Homestead, FL 33034

**CARRIER/SERVICING AGENT:**
Travelers
PO Box 4614
Buffalo, NY 14240 – 4614

**ATTORNEY FOR EMPLOYEE:**
Stephen E. Renick, Esquire
15600 S.W. 288th Street, Suite 302
Homestead, FL 33033

**ATTORNEY FOR EMPLOYER/
CARRIER/SERVICING AGENT:**
Ya'Sheaka C. Williams, Esquire
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
Yasheaka.williams@qpwblaw.com

**D/A:** 6/3/2022
**OJCC Case No.:** 22-020043SMS

---

**EMPLOYER/CARRIER'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE**

---

**COMES NOW**, Sunbelt Rentals, Inc./Travlers by and through the undersigned counsel files this Response to Request to Produce and in response asserts the following:

**Physicians Health Center**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic transmission to the parties and counsel of record at the addresses listed in this above caption on this 5 day of January 2023.

*YCWilliams*

YA'SHEAKA C. WILLIAMS, ESQUIRE
Quintairos, Prieto, Wood & Boyer, P.A.
1410 N. Westshore Blvd,
Suite 200
Tampa, Fla. 33607-1718
813-286-8818
Attorney for Employer/Carrier/Servicing Agent
Florida Bar #: 649414
Yasheaka.williams@qpwblaw.com