UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

   *Plaintiff*,

vs.

SUNBELT RENTALS, INC.,

   *Defendant*.

_____

## NOTICE OF CANCELLATION OF DISCOVERY HEARING

**PLEASE TAKE NOTICE** that the discovery hearing set before United States Magistrate Judge Jacqueline Becerra, at the United States District Court for the Southern District of Florida, James Lawrence King Federal Justice Building Courthouse, 99 N.E. Fourth Street, 10th Floor, Miami, Florida 33132, scheduled for **Friday, December 8, 2023 at 10:30 a.m.** has been cancelled, as the parties have resolved the matter set for hearing.

**Dated**: December 7, 2023.

Respectfully submitted,

By: /s/ Ryan P. Forrest
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
E-Mail: rblancogarcia@littler.com
Ryan P. Forrest, Esq.
Florida Bar No. 111487
E-mail: rforrest@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*