UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-22629-RAR

MANUEL JESUS ALONSO,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.

    Defendant.
_____/

## JOINT MEDIATION REPORT

A mediation conference was conducted on February 1, 2024, at 9:30 a.m. EST. Mediator Carlos J. Burruezo conducted the mediation via Zoom. All parties and their respective counsel were present. The mediation resulted in an impasse and the parties adjourned.

**Date**: February 8, 2024.           Respectfully Submitted,

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq.
Florida Bar No. 174742
Email: Brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*

*/s/ Rocio Blanco Garcia*
Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
E-Mail: RBlancogarcia@littler.com
Ryan P. Forrest, Esq.
Florida Bar No. 111487
E-mail: RForrest@littler.com
**LITTLER MENDELSON P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500

*Attorneys for Defendant*