UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22629-BECERRA

MANUEL JESUS ALONSO,

    *Plaintiff,*

vs.

SUNBELT RENTALS, INC.,

    *Defendant.*
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Manuel Jesus Alonso, and Defendant, Sunbelt Rentals, Inc., through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz,* LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 26th day of March 2024.

| | |
|---|---|
| s/*Brian H. Pollock* | s/*Rocio Blanco Garcia* |
| Brian H. Pollock, Esq. (174742) | Rocio Blanco Garcia, Esq. (99304) |
| brian@fairlawattorney.com | rblancogarcia@littler.com |
| FAIRLAW FIRM | LITTLER MENDELSON, P.C. |
| 135 San Lorenzo Avenue, Suite 770 | 333 SE 2nd Ave, Suite 2700 |
| Coral Gables, FL 33146 | Miami, FL 33131 |
| Tel:   305.230.4884 | Tel:   305.400.7500 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |