UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22629-BECERRA

MANUEL JESUS ALONSO,

    *Plaintiff,*

vs.

SUNBELT RENTALS, INC.,

    *Defendant.*
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [D.E. 28] ("Stipulation"), filed on March 26, 2024. The Court has carefully considered the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is hereby Approved.

2. This action is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

3. The Clerk shall **CLOSE** the case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Miami, Florida on March ___, 2024.

                                              _____
                                              THE HONORABLE JACQUELINE BECERRA
                                              UNITED STATES DISTRICT JUDGE