# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-22629-JB

MANUEL JESUS ALONSO,

    Plaintiff,

v.

SUNBELT RENTALS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [28], in which they advised that they stipulate to the voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**, with each party to bear their own attorneys' fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida on March 28th, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**